| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**| |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>The Law Offices of S. Daniel Hutchison<br>135 N. Broad Street<br>Woodbury, NJ 08096<br>Phone: 856-251-1235<br><br>S. Daniel Hutchison, Esq.<br>Attorney for Debtor(s) | **Order Filed on May 29, 2018 by**<br>**Clerk U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>Ryan McFadden<br>Cherokee Magic Smith-McFadden aka<br>Cherokee Smith-McFadden | Case No: 13-18118<br>Chapter: 13<br>Hearing Date:<br>Judge: JNP |

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☒ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: May 29, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 32 Ross Way, Evesham Twp., NJ 08053

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: A Great Mortgage Company Inc.
    b. Current Assignee: Bank of America N.A.
    c. Current Servicer: _____
    d. Date of Mortgage/Lien: April 17, 2007
    e. Date of Recordation: May 8, 2007
    f. Place of Recordation: Burlington County Clerk's Office
       i. Mortgage Book: 11421
       ii. Page: 348
    g. Original Principal Balance of Mortgage/Lien: $ 60,000.00

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*